UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Eric G. Jaecques, | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:13-cv-01143 AGF |
| vs. | ) | |
| | ) | |
| Norfolk Southern Railroad Company, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER

The above styled and numbered case was filed on June 14, 2013 and randomly assigned to the Honorable Audrey G. Fleissig , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable David D. Noce, United States Magistrate Judge, under cause number 2:13-cv-00058. **IT IS FURTHER ORDERED** that cause number 4:13-cv-01143 AGF be administratively closed.

Dated this 17th Day of June, 2013.          JAMES G. WOODWARD
                                             CLERK OF COURT

                                             By: /s/ Michele Crayton
                                                  Deputy In Charge

**Please note the new case number: 2:13-cv-00058 DDN.**